# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

**UNITED STATES OF AMERICA**,

        Plaintiff,

v.                              No. 18-04128-01-CR-C-RK

**JEROME RAINEY**,

        Defendant.

## ORDER

Upon Motion filed by the United States of America, and for good cause shown, it is hereby

ORDERED that the Indictment filed in the above entitled cause is dismissed.

Date: May 22, 2019                         s/ Roseann Ketchmark
                                                    **Roseann Ketchmark**
                                                    United States District Judge